BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    -San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIRK,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:13-cv-02342-CMK<br><br>**ORDER AND STIPULATION FOR DEFENDANT'S FIRST EXTENSION OF TIME** |

     Parties hereby stipulate that Defendant, Commissioner of Social Security (Commissioner), has an extension of 30 additional days to respond to Plaintiff's Motion for Summary Judgment. Defendant's response is currently due May 7, 2014. Defendant requests this extension due to a large workload as well as work on miscellaneous matters and privacy and disclosure matters. Upon issuance of this order, Defendant will have until June 6, 2014 to file her response, with the briefing schedule being extended accordingly.

     This is the Commissioner's first extension request.

Respectfully submitted,

Dated: May 7, 2014          /s/ Paul H. Saltzen (as authorized by email)
                            PAUL H SALTZEN
                            Attorney for Plaintiff


Dated: May 7, 2014          BENJAMIN B. WAGNER
                            United States Attorney
                            DONNA L. CALVERT
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                    By:     /s/ Patrick William Snyder
                            PATRICK WILLIAM SNYDER
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant


APPROVED AND SO ORDERED:


Dated: May 9, 2014                          _____
                                            CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE

1