BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    -San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIRK,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:13-cv-02342-CMK<br><br>**PROPOSED ORDER AND MOTION FOR DEFENDANT'S SECOND EXTENSION OF TIME** |

    Defendant, Commissioner of Social Security (Commissioner), hereby moves for an extension of 7 additional days to respond to Plaintiff's Motion for Summary Judgment.  Defendant's response is currently due June 6, 2014. Defendant requests this extension due to a large workload as well as work on miscellaneous matters and privacy and disclosure matters. Upon issuance of this order, Defendant will have until June 13, 2014 to file her response, with the briefing schedule being extended accordingly. Defendant has notified Plaintiff of this motion.

    This is the Commissioner's second extension request.

|   |   |   |
|---|---|---|
| | Respectfully submitted, | |
| Dated:  June 6, 2014 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | DONNA L. CALVERT |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | /s/  *Patrick William Snyder* |
| | | PATRICK WILLIAM SNYDER |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

APPROVED AND SO ORDERED:

Dated:  June 12, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE