PAUL H. SALTZEN SBN 155053
Attorney at Law
P.O. Box 940
Shingle Springs, California  95682-0940

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICHARD KIRK, | Case No.: 2:13-CV-02342-CMK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE EAJA ATTORNEY'S FEES AND COSTS** |
| COMMISSIONIER OF SOCIAL SECURITY, | |
| Defendant. | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that PLAINTIFF RICHARD KIRK be awarded attorney fees and expenses in the amount of $1,944.80 attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and $456.60 in costs under 28 USC § 1920.  This amount represents compensation for all legal services rendered on behalf of PLAINTIFF by counsel in connection with this civil action, in accordance with 28 U.S.C. §§1920; 2412(D).

Fees shall be made payable to PLAINTIFF RICHARD KIRK.

1
2
3      This stipulation constitutes a compromise settlement of KIRK v
4  COMMISSIONER OF SOCIAL SECURITY 2:13-CV-02342-CMK request for
5  EAJA attorney fees, and does not constitute an admission of liability on the part of
6  DEFENDANT under the EAJA or otherwise.  Payment of the agreed amount shall
7   constitute a complete release from, and bar to, any and all claims that PLAINTIFF
8    RICHARD KIRK or his attorney Paul Saltzen may have relating to EAJA attorney
9   fees in connection with this action.

10      This award is without prejudice to the rights of plaintiff's counsel to
11
12 seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the
13 savings clause provisions of the EAJA.

14

15 DATED:   01/04/2016              Respectfully submitted,
16
17                                 BY:  /s/  Paul H. Saltzen
                                   Paul Saltzen, Attorney
18                                 COUNSEL FOR PLAINTIFF

19 DATED:                          BY:  /s/ Patrick W. Snyder
20                                 Patrick W. Snyder
                                   Special Assistant United States Attorney
21                                 Attorneys for Defendant Michael J. Astrue,
22                                 Commissioner of Social Security
                                   (Per e-mail authorization)
23

24 IT IS SO ORDERED.
25
26 Dated:  January 6, 2016
                                   _____
27                                 CRAIG M. KELLISON
                                   UNITED STATES MAGISTRATE JUDGE
28